# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| NAHED HASSAN HAIFA<br>2186 DANIELS RD.<br>TERRYTOWN LA 70056 | **20-11832**<br>Chapter 13<br>Section A |

## TRUSTEE'S OBJECTION TO CLAIM and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Trustee, who prays that the claim filed in this case in the amount of $5,556.00 by the below-named creditor be disallowed.  Grounds for this objection are as follows: The last payment date has not been provided on the Proof of Claim.   Therefore, the prescribed claim should be deemed disallowed.  Per bankruptcy rules, payments made over 3 years are considered prescribed.

Court's Claim #5
Trustee Claim ID #32
Account #0823

Claimant:
MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY
40 WANTAGE AVENUE
BRANCHVILLE NJ 07890

NOTICE IS HEREBY GIVEN that any party opposing this objection must file a response with the Clerk of Court no later than seven days before the hearing, which is scheduled for:

January 6, 2021 at 9:00 am.

at the SECTION A TeleConference Line: 1-888-684-8852 Access Code 9318283.

If no timely response is filed, the court may grant the relief requested without the necessity of a hearing.

Attorney for debtor:                                          /s/ S.J. Beaulieu, Jr.
                                                                          S.J. Beaulieu, Jr.
RACHEL THYRE VOGELTANZ                           Chapter 13 Trustee
rachel@rachelandersonlaw.com

| CERTIFICATE OF SERVICE |
|---|
| I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor and the pertinent creditor, at the addresses listed herein. |
| 11/20/2020              by: Michele Lisicki |