UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
JUDGE GRABILL
JANUARY 8, 2021

| | |
|---|---|
| IN RE | **BANKRUPTCY NO.** |
| **NAHED HASSAN HAIFA** | 20-11832 "A" |

*Consolidated with*

| | |
|---|---|
| **AYA MOHAMAD HAMAYEL** | 20-11842 "A"<br>**CHAPTER 13** |
| DEBTOR(S) | |

Considering the Trustee's Objection to Claim No. 5 (Prescribed) of Claimant Mesa Underwriters Specialty Insurance **[ECF Doc. 26]**, which came before the Court on January 6, 2021;

The debtors having filed a Motion to Dismiss this Case [ECF Doc. 54];

**IT IS ORDERED** that Trustee's Objection to Claim No. No. 5 (Prescribed) of Claimant Mesa Underwriters Specialty Insurance is **MOOT**.

New Orleans, Louisiana, January 8, 2021.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE